EDWARD WOLTMAN, as Administrator, etc., of DOROTHY ELIZABETH WOLTMAN, Deceased, Respondent, v. JOHN A. RANDALL, Appellant.— Order granting motion to dismiss action for lack of prosecution unless plaintiff restore and try the action during the November, 1928, term affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young and Seeger, JJ., concur; Scudder, J., dissents.

RUTH G. ADAMS, Respondent, v. WILLIAM A. ADAMS, Appellant.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

JOSEPH ABRAMOWITZ and ANNIE TENENBAUM, Appellants, v. PHILIP FRACCALVIERI and Others, Respondents.— Motion for reargument granted and, upon reargument, order modified by providing that there be added to the amount of the judgment the sum of $400, found by the trial court to have been paid and expended for title examination. Rich, Kapper, Seeger and Scudder, JJ., concur; Lazansky, P. J., dissents.

ANGLO-DUTCH TRADING CORPORATION, Appellant, v. FILLMORE BUILDING CORPORATION and Others, Defendants, and DAVID B. COSTUMA, Receiver in Bankruptcy, etc., Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1930, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

JOSEPH BUCKMAN, Respondent, v. CITY OF NEW YORK, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

GAUDENCIO CABANG, Respondent, v. UNITED STATES SHIPPING BOARD MERCHANT FLEET CORPORATION, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

CLINTON TRADING CORPORATION, Respondent, v. MINETTA COLONY CORPORATION and Others, Appellants.— Motion to dismiss appeals denied upon condition that appellants perfect the appeals for the January, 1930, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

RICHARD C. DENORMANDIE, Respondent, v. LEWIS COHEN and Others, Defendants, and BLYTHEMERE CONSTRUCTION CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.